**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTIONS TO CORRECT** |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | |
| Zackary Blotske, | ) | Case No. 1:06-cr-026-04 |
| | ) | |
| Defendant. | ) | |

On March 28, 2006, the government filed a Motion to Correct Indictment. On April 6, 2006, the government filed an Amended Motion to Correct Indictment. In both motions, the government indicated that the defendant's name was spelled incorrectly. It seeks to correct the Indictment so that it reflects the proper spelling of the defendant's name as Zackary Blotske. It has indicated that the defendant does not object to the proposed correction.

Accordingly, the government's Motion to Correct Indictment and Amended Motion to Correct Indictment (Docket Nos. 21 and 33) are **GRANTED**. The Indictment and related case captions shall be corrected in order to reflect the proper spelling of the defendant's name as Zackary Blotske.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge